**The relief described hereinbelow is SO ORDERED.**

**Signed December 16, 2019.**



_____
**Ronald B. King
Chief United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| ROGELIO GOMEZ, § | CASE NO. 19-52009-RBK |
| § | | |
| DEBTOR § | CHAPTER 13 |

**ORDER GRANTING MOTION TO EXTEND STAY**

On September 16, 2019, came on to be heard *Debtor's Motion for Extension of Stay Pursuant to 11 U.S.C. § 362(c)(3)(B)* (ECF No. 4), and it appears to the Court that the *Motion* should be granted, and the stay in this case should be extended.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above-referenced *Motion* is hereby **GRANTED**, and the stay in the above-referenced case is hereby **EXTENDED**.

# # #